159 A.3d 942

Robert DUNCAN, Petitioner

v.

COMMONWEALTH of Pennsylvania, Department of Transportation, Bureau of Driver Licensing, Respondent

No. 270 EAL 2016

Supreme Court of Pennsylvania.

October 24, 2016

178

## ORDER

PER CURIAM

**AND NOW,** this 24th day of October, 2016, the Petition for Allowance of Appeal is **DENIED.**